IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Francisco K. Avoki; Prisca A. Avoki, *also known as*, Prisca Atambose Avoki; William P. Avoki, *also known as*, William Paul Avoki; Francisco K. Avoki, *as next friend for Plaintiff William P. Avoki*, <br>                       Plaintiffs, <br> v. <br> City of Chester SC; Police Dpt. of Chester SC; Hy-Gloss Paint & Body Shop Inc; CPL. Robert Martz, *individually*; PTL. Tyler Covington, *individually*; DOES I-XXX; George Caldwell, *Mayor of the Chester City*, <br>                       Defendants. | C/A No. 0:19-324-DCC-PJG <br><br><br> **ORDER** |

      This is a civil action filed by *pro se* litigants. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. On October 2, 2019, the court issued an order authorizing issuance of process. (ECF No. 32.) In that order, under the heading "Construction of the Pleading," the court, following initial screening pursuant to applicable law, listed the claims it construed as raised by the Plaintiffs in the Amended Complaint.

      Counsel has now entered an appearance for one or more named defendants. The court directs *each legal representative entering an appearance in this matter on behalf of any defendant* to certify that the court's order authorizing service of process has been received and that the Plaintiffs' claims as construed by the court have been reviewed by completing the "Defendant's Certification" below and filing it with the court within seven (7) days from the date of this order. If *any party* disagrees with the court's construction of the Plaintiffs' claims, he or she may file an appropriate motion with the court within seven (7) days from the date of this order.

      **IT IS SO ORDERED**.

November 5, 2019  
Columbia, South Carolina

                                      s/Paige J. Gossett  
                                      Paige J. Gossett  
                                      UNITED STATES MAGISTRATE JUDGE

### Defendant's Certification

      I, _____ *(print name)*, hereby certify that I have received the order authorizing issuance and service of process in this case and have reviewed the court's construction of the pleading.

                                                                   _____  
                                                                     *Signature of party or legal representative*

                                                                   _____  
                                                                                                   *Date*